# CHAPTER 12 PLAN
# OFFER OF ADEQUATE PROTECTION
# LIQUIDATION ANALYSIS

**CASE NO. 18-10457**

Debtor(s) Andy Landreth                         SS# XXX-XX-7276

Address 964 CR 102 Vardaman, MS 38878           SS# _____
                                                Tax ID# _____

_____

**EARNINGS:** FARMING-Current year 540000.00        Other _____
             FARMING- Prior year    1309000.00       Source _____

**Treatment of Creditors**

**PRIORITY CREDITORS - 11 U.S.C. 1222(a)(2)**

I R S   $ 26995.05          Payable at $ 5399.01         per year through plan.

State   $ _____        Payable at $ _____      per MO QTRS/A  A

OTHER  $ _____         Payable at $ _____      per MO QTRS/A  A

TOTAL PRIORITY DEBTS (APROX.) $ 26995.05

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO: Not Applicable**
Beginning _____ in the amount of $ _____ Per month shall be paid:
__ direct _____ through payroll deduction _____ through the plan

**PRE-PETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO: Not Applicable**

**SECURED CREDITORS** (Retain lien under 11 U.S.C. 1225(a)(5)(B)(I)

  406   Acres  Calhoun          County, Mississippi

Total Secured Debt $ 1562432.00
            (Approximate)
Present Value (including improvements) $ 596000

Real Property: ( 406 Acres)

1st Mortgage to: Regions Bank              Payable $ 20600.58   Through Plan
    (Claim # 7)
                                           Beginning April 20, 2019
                                           Through January 20, 2039
                                           (New Maturity Date)

2nd Mortgage to: Regions Bank          Payable $ 13715.87  Through Plan
    (Claim#9)
                                                  Beginning April 20, 2019
                                                  Through January 20, 2039
                                                  (New Maturity Date)

(Mortgage to: Regions Bank          Payable $ 10323.26  Through Plan
    Shed w/9.33 Acres          Beginning April 20, 2019
    (Claim#8)          Through January 20, 2039
                                                  (New Maturity Date)

(Mortgage to: Regions Bank          Payable $ 4182.59 Through Plan
                                                  Beginning April 20, 2019
                                                  Through January 20, 2039
                                                  (New Maturity Date)

Home Mortgage (if applicable):

1st Mortgage to:   Regions Bank          Payable $ 556.00  per month direct
                                                  by Debtor through term of
                                                  Deed of Trust

**MACHINERY, EQUIPMENT, ROLLING STOCK AND VEHICLES** (attach list, if necessary)

| **Creditor name** | **Claim** | **Present Value** | **Amount to be paid** |
|---|---|---|---|
| Bank of Okolona  Claim #2 | $ 10425.26 | $ 19575.00 | $ 5636.73  To be paid direct annually to Creditor per Promissory Note on about March 2019 |

Brief description of collateral:   2016 Ford Truck

| Bank of Okolona  Claim #4 | $ 50604.67 | $ 63000.00 | $ 12013.44 annually through plan |
|---|---|---|---|

Brief description of collateral: 2011 Mobile Home, Farm Equipment: See Attached List.

_____

| Bank of Okolona  Claim #3 | $ 131199.42 | $ 190000.00 | $ 31146.17 annually through plan |
|---|---|---|---|

Brief description of collateral:   Farm Equipment: See Attached List.

| Regions Bank | $ 18988.65 | $ 394779.00 | $ 1539.08 annually through plan |
|---|---|---|---|

Brief description of collateral:   1st Lien: Farm Equipment: See Attached List

_____

 Regions Bank          $  141147.89       $ 394779.00                $  33508.03  annually through plan

Brief description of collateral:   2nd  Lien: Farm Equipment: See Attached List_____

_____

**SPECIAL CLAIMANTS.** (co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT.  Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| **Creditor   Name** | **Debt** | **Payment** |
|---|---|---|
| _____ | $_____ | $_____ |
|  |  | _____ |

Brief description of collateral:_____

| | | |
|---|---|---|
| _____ | $_____ | $_____ |
|  |  | _____ |

Brief description of collateral:_____

**UNSECURED CREDITORS:** Total unsecured debt (approx.)  To be determined by the Trustee after claims are filed and to be paid 1%.
To receive no less than they would receive if this was a liquidation under Chapter 7 of the Bankruptcy Code and pursuant to 11 U.S.C 1225 (b)(i)(A)(B)&©)

The holders of allowed unsecured claims are to be paid in deferred payments as follows:

_____In full_1_Percent_____None_____Other

Payment to unsecured creditors to be paid during the plan period:

_____Monthly_____Quarterly_____Semi-Annually __X_Annually_____N/A

**LIQUIDATION ANALYSIS**

| Present value of assets | $   1 271 692.00 |
|---|---|
| Less Secured Debts | $     1997984.20 |
| Less Claim Exemptions | $    26434.00 |
| Amount of money available if this were a Liquidation under Chapter 7 | $ 0 |

Therefore, 0 % would be paid to unsecured creditors under a Chapter 7.

Any lien which may be avoided pursuant to 11 U.S.C 522(f) shall be avoided for the benefit of the Debtor(s). Liens to be avoided: None
_____
_____

**INSURANCE:** House, real estate, improvements, machinery, equipment, rolling stock and vehicle insurance presently in force with:

    AGENT: Sput Deaton

    COMPANY: Republic Finance

    Or, none presently in force_____

**ADMINISTRATIVE:** Filing fee, administrative fees, and debtor's attorney fee retainer of $ 10000 and future debtor attorney fee to be paid pursuant to Court Order.

**ADEQUATE PROTECTION:** Debtor's offer of adequate protection pursuant to 11 U.S.C. 1205 as follows:

REAL PROPERTY:

Farmland: Not Applicable
_____

Home: (if applicable) Not Applicable
_____

MACHINERY, EQUIPMENT, ROLLING STOCK AND VEHICLES:

_____
_____
_____

LIVESTOCK:_____
_____
_____

Debtor(s) will timely file application for use of any cash collateral, prior to use of same, and obtain Court Order for use of cash collateral. Debtor expects to request use of $ N/A cash collateral which is subject to lien of _____

Debtor(s) will file monthly income and expense statements of all income and money received, expenses paid and debt incurred by the Debtor for each month after the filing of the petition by filing the original with the Clerk, and a copy to the Trustee and a copy to each creditor requesting same.

Debtor(s) will prepare and deliver to the Trustee, no less than 15 days prior to the due date and accompanied by any post-petition taxes due, a state and local tax return during the pendency of this case.

Debtor(s) will accept or reject any executory contracts and unexpired leases pursuant to 11 U.S.C. 365.

Debtor(s) request that the Court approve this plan for  5  years.  (No less than three(3) years if unsecured creditors are not being paid in full and not more than five (5) years).

**PLAN PAYMENT**

Debtor to pay to Trustee $ 182778.05   per  year  and to pay to Trustee additional funds as set forth on the attached N/A  beginning  April 20, 2019 .  Creditors not paid out during the life of the plan will be paid as set forth in the plan after said plan is completed and the discharge is granted.

Plan payments to be made from debtor(s) future earnings and/or farm income, which Debtor anticipates will be sufficient to fund the plan.

Anticipated income to be received by the debtor(s) from the sale of crops, livestock, or agricultural products from:

    Name:   From sale of Sweet Potato Crop

    Address: _____

And, if applicable, salary and/or commission from:

Date:  6/7/ 18            Debtor:  /s/ Andy Landreth

    Joint Debtor: _____

    Attorney for Debtor:  Edward  Lancaster
                     P.O. Box 668
                     Houston, MS  38851

    Telephone: (662) 456-2061

    Attorneys Signature:   /s/Edward Lancaster

# ANDY LANDRETH FARM

## EQUIPMENT LIST

| MAKE/ MODEL | VIN # | CURRENT VALUE |
|---|---|---|
| 2008 PETERBUILT | 1XPDU9X38D748880 | 30,000 |
| 1995 INTERNATIONAL | 1HUBBAAP35H658267 | 2,000 |
| 1996 INTERNATIONAL | 1HUBBABP24H373446 | 2,000 |
| 1993 FREIGHTLINER | 1FUYDCB7PH436025 | 7,500 |
| 1993 FRUE TRAILER -VAN | 1H2UD5321PE009813 | 3,000 |
| PALMER DUMP TRAILER | 1P9225528EA003393 | 5,000 |
| WOODS DEVINER | 26124 | 5,000 |
| INTERNATIONAL 5400 GRAIN DRILL | 850896 | 4,000 |
| EASLEY POTATO GROOMER | N/A | 4,000 |
| AMCO 8 ROW HIPPER | 8120370 | 5,000 |
| 12' PROCTOR BLADE | 336912 | 3,000 |
| EASLEY 2 ROW DIGGER | 2202006 | 20,000 |
| EASLEY 2 ROW DIGGER | 2457955 | 20,000 |
| EASLEY 2 ROW DIGGER | 82015008 | 25,000 |
| EASLEY 2 ROW DIGGER | 22013 | 15,000 |
| DICKEY 8 ROW VATOR | DRR7193 | 10,000 |
| JOHN DEERE 11 ROW PLANTER | A07100A011177 | 3,000 |
| TRANSPLANTER 8 ROW | 201655 | 15,000 |
| TOYOTA FORKLIFT | 7FGU2562244 | 8,000 |
| 750 B Long Track Dozer | T0750BH756846 | 12000 |

*[signature]*

BANK OF OKOLONA

REGIONS BANK

## Appendix A

**Fair Market Value**

**Tractors**

Case TG215 Tractor
John Deere 7200 2 post FWA with creeper, Serial #RW7200C003627
John Deere 4240 C/A, Serial #4240W006446R
John Deere 7810 FWA with creeper, C/A Serial #RW7810C036263
John Deere 7800 FWA with creeper, C/A Serial #RW7800C016640
John Deere 7410 with creeper, Serial #7410C055507
MX200 International Magnum-FWA with creeper, Duals, Ser #JJAD10988
Case IH1845C Bobcat, Serial #JAF0241553

**Potato Equipment**

Penick & Easley Potato Digger Potato Digger, Serial #2-895-080
Penick & Easley Potato Digger Potato Digger, Serial #-none
Penick & Easley Potato Digger Potato Digger, Serial #2-896-092
Plant Cutter, Serial #396-10·4
Bedder Buggy, Serial #1970·7
Penick & Easley Potato Bedder, Serial #198032
Mechanical Transplanter Potato Setter, Serial #166451
Mechanical Transplanter Potato Setter, Serial #186450
Plant Boxes (approximately 500 @ $4.00)
Plant Boxes (approximately 1,000 @ $22.00)
Penick & Easley Plastic Potato Bed Cover Machine, Serial #30-002-0
Alloway Deviner, Serial #26036

**Field Equipment**

John Deere 630 Disk, Serial #N00630X014925
John Deere 210 Disk, Serial #026345A
John Deere 637 Disk, Serial #N00637x001543
W & A 6-Row Hippers, Serial #DB1146
W & A 4-Row Hippers, Serial #-none
John Deere 7100 4-Row Planters, Serial #024781A
Lilliston 4-Row Cultivator, Serial #11-18641
Lilliston 4-Row Cultivator, Serial #76-070
AMCO Ditcher, Serial #9701C025
John Deere 709 Bushhog, No Number
John Deere 936 Hay Mower, Serial #E00936R154093

102089707    REGIONS BANK

**Fair Market Value**

Spray Equipment & Tools
Flatbed Trailer
John Deere Do All
Water Wagon, 1000 gal. Serial #11052184
Nissan Forklift, Serial #KPI-02-901669
Clark C-500 Forklift, Serial #3.55125E+12
Mitsubishi Forklift, Serial #F17-51783
John Deere Hay Mower, Serial #E00260A980882
John Deere 555 Round Baler, Serial #E00555X123001
John Deere 158 Loader, Serial #E0158034004W

Trucks

1996 International, Serial #1HTSCAAN5WH580097
1995 Ford F350, Serial #1F DJF37F25EA06494
1987 GMC Flatbed, Serial #1GD7D1D1HV515221
1985 International Flatbed, Serial #1HTLDUXP7FHA62068

Signed For Identification:
[signature]