CM/ECF hrgcnf2
(Rev. 09/13/2016)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Andy Landreth | ) | Case No.: 18–10457–JDW |
| Debtor(s) | ) | Chapter: 12 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

## NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 12 PLAN

NOTICE is hereby given that an evidentiary hearing on confirmation of the

*19* – Chapter 12 Plan Filed by Edward D. Lancaster on behalf of Andy Landreth (Lancaster, Edward)

is scheduled:

    on 7/18/18 at 10:30 AM

    in the Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655.

    OBJECTIONS DUE: 7/9/18

Should any party receiving this notice respond or object to said Plan such response or objection is required to be filed with the Clerk of this court and served on the attorney for movant, the case trustee, and the U.S. Trustee on or before said objection due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the Plan is required to be served pursuant to Fed. R. Bankr. P. 3015. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY STANDING ORDER TO PERFORM NOTICING AS TO SAID PLAN ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 6/11/18

                                          Shallanda J. Clay
                                          Clerk, U.S. Bankruptcy Court

                                          BY: CHH
                                              Deputy Clerk